IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SANDRA SLACK PATRICK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 6:13-cv-377-LED |
| | § | |
| HOME DEPOT U.S.A., INC., | § | |
| D/B/A THE HOME DEPOT, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

On this date came to be considered Plaintiff Sandra Slack Patrick and Defendant Home Depot U.S.A., Inc.'s Joint Stipulation of Dismissal in the above-numbered and captioned action. It appears to the Court that the Joint Stipulation is well taken and should in all things be GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims filed by Plaintiff Sandra Slack Patrick against Home Depot U.S.A., Inc. are hereby dismissed in their entirety with prejudice to the re-filing same.

It is further ORDERED, ADJUDGED AND DECREED that all other costs herein incurred shall be taxed against the party incurring same.

**So ORDERED and SIGNED this 8th day of November, 2013.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**